■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIAN QIU, Appellant. [993 NYS2d 518]—Appeal by the defendant, as limited by his motion, from three sentences of the Supreme Court, Queens County (Chin-Brandt, J., at plea; Melendez, J., at

sentence), all imposed October 9, 2012, upon his pleas of guilty, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257 [2011]; *People v Contreras*, 112 AD3d 649 [2013]; *People v Torres*, 109 AD3d 669 [2013]) and, thus, does not preclude review of his excessive sentence claims. However, the sentences imposed were not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Chambers and Hinds-Radix, JJ., concur.